UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-61513-Dimitrouleas/Snow

COLLEEN KENT

    Plaintiff,

v.

AMERIFINANCIAL SOLUTIONS, LLC

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that the above causes as to and between **COLLEEN KENT** and **AMERIFINANCIAL SOLUTIONS, LLC** are dismissed with prejudice, and each party is to bear their own costs and attorneys fees.

DATED this 23rd day of June, 2014.

| | |
|---|---|
| MILITZOK & LEVY, P.A. | HINSHAW & CULBERSON LLP (CORAL GABLES) |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| The Yankee Clipper Law Center | 2525 Ponce de Leon Boulevard |
| 3230 Stirling Road, Suite 1 | Suite 400 |
| Hollywood, Florida 33021 | Coral Gables, FL  33069 |
| Telephone: (954) 727-8570 | Telephone: (305) 428-5033 |
| Email: mjm@mllawfl.com | Email: bfernandez@hinshawlaw.com |
| | |
| By: /s/Matthew J. Militzok | By: /s/Barbara Fernandez |
|     Matthew J. Militzok, Esq. |     Barbara Fernandez, Esq. |
|     Florida Bar No. 0153842 |     Florida Bar No. 493767 |