UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61513-CIV-DIMITROULEAS

COLLEEN KENT,

    Plaintiff,

vs.

AMERIFINANCIAL SOLUTIONS, LLC, a
North Carolina limited liability company,

    Defendant.
_____/

## ORDER APPROVING STIPULATION

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 22], filed herein on June 23, 2014.  The Court has carefully considered the Stipulation [DE 22], notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 22] is **APPROVED**;

2.     This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed by the parties; and

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of June, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record